

# NUMBER 13-22-00435-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**VALLEY FORGE INSURANCE COMPANY,** **Appellant,**

**v.**

**EXIQUIO SALINAS,** **Appellee.**

---

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

---

## ORDER OF ABATEMENT

**Before Justices Benavides, Tijerina, and Peña**
**Order Per Curiam**

The case is before the Court upon a joint motion to abate appeal, appellant's unopposed motion for extension of time, and appellant's motions to extend time to file appellant's brief. The parties request abatement of this matter in order to effectuate the settlement agreement.

The Court, having reviewed the status of the case and the joint motion, is of the opinion that the cause should be abated pending the final settlement. Therefore, the joint motion to abate is granted, and this matter is abated until April 3, 2023. The Court directs appellant to file, on or before April 3, 2023, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

Furthermore, the court denies as moot appellant's previous motion to abate and motions for extension to time to file a brief.

PER CURIAM

Delivered and filed on the
17th day of February, 2023.